UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES LOPEZ RIVERA JR.,<br><br>Defendant. | CASE NO.:  22-CR-2132-RBM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that that the motion hearing currently for October 14, 2022, at 9:00 a.m. is continued to November 18, 2022, at 9:00 a.m.  All time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161.

**SO ORDERED.**

DATED:  10/4/2022

By: *Ruth Bermudez Montenegro*
**Hon. Ruth Bermudez Montenegro**
United States District Judge